**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andromedia** | **Dee** | **Sweeney** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __Maryland__

Case number   23-18445
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number      Street

_____

_____
City         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Andromedia     Dee     Sweeney**                                  Case number *(if known)* 23-18445
           First Name   Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**  Bank of America                                        Last 4 digits of account number   9  9  0  5         $514.00
Nonpriority Creditor's Name
PO Box 982238                                                  When was the debt incurred?   1/1/2019
Number        Street

                                                               As of the date you file, the claim is: Check all that apply.
El Paso, TX 79998                                              ❑ Contingent
City          State         ZIP Code                           ❑ Unliquidated
                                                               ❑ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                                                ❑ Student loans
❑ Debtor 1 and Debtor 2 only                                   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ At least one of the debtors and another                      ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**              ❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.2**  Dow Janes, LLC                                        Last 4 digits of account number   __ __ __ __        $1,701.00
Nonpriority Creditor's Name
491 North Main Street Suite 300                                When was the debt incurred?
Number        Street

                                                               As of the date you file, the claim is: Check all that apply.
Ketchum, ID 83340                                              ❑ Contingent
City          State         ZIP Code                           ❑ Unliquidated
                                                               ❑ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                                                ❑ Student loans
❑ Debtor 1 and Debtor 2 only                                   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ At least one of the debtors and another                      ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**              ☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1  **Andromedia       Dee        Sweeney**                      Case number *(if known)* 23-18445
          First Name        Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.3** Kira Wahlstrom
Nonpriority Creditor's Name
5375 Sunny Ridge Place
Number        Street

Paso Robles, CA 93446
City        State        ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___        unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Being included for any alleged monies owed.

---

**4.4** Monica Hunt
Nonpriority Creditor's Name
32 Amesbury Line Road
Number        Street

Haverhill, MA 01830
City        State        ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___        $28,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Personal Loan

Debtor 1   **Andromedia**   **Dee**   **Sweeney**   Case number *(if known)* 23-18445
First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

| 4.5 | State of California | Last 4 digits of account number ___ ___ ___ ___ | $802.00 |

Nonpriority Creditor's Name

Department of Motor Vehicles

**When was the debt incurred?** _____

PO Box 942869
Number      Street

**As of the date you file, the claim is:** Check all that apply.

Sacramento, CA 94269-0001
City      State      ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1  **Andromedia    Dee    Sweeney**                Case number *(if known)* 23-18445
         First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $31,017.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $31,017.00 |